# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kevin Wheeler, et al.

                                                 Plaintiff,

v.                                                        Case No.: 1:25−cv−12133

                                                                                 Honorable Lindsay C. Jenkins

Selene Finance LP, a Delaware limited partnership, et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 29, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's response to Defendant Selene Finance LP's motion to dismiss or alternatively to stay is due by January 12, 2026 and any reply by Defendant Selene Finance LP is due by January 26, 2026. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.